```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                     WESTERN DIVISION
```

UNITED STATES OF AMERICA

v.                              NO. 4:07CR00267-002 SWW

JEWELL EDWARD EASTER

## ORDER

Before the Court is the government's motion to amend the judgment which was filed in this matter on July 31, 2008. The government states that defendant agreed to forfeit certain items as part of his plea agreement. An Amended Preliminary Order of Forfeiture was filed on July 15, 2008, which forfeited those items to the United States, but the forfeiture of these assets was not included in the judgment. Defendant has advised the Court that he has no objection to the government's motion. Therefore, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the government's motion to amend the judgment is granted, and an amended judgment will be entered subsequent to this order which will include the forfeiture of the assets set forth in the Amended Preliminary Order of Forfeiture.

IT IS SO ORDERED this 5th day of August, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE